UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 1:05-CR-146

v.

Hon. Richard Alan Enslen

DAVID LAFONZO BROOMFIELD, JR.,

**ORDER**

      Defendant.
_____/

      Defendant David LaFonzo Broomfield, Jr., through counsel, has moved for a 45-day continuance for the purpose of using audio tape recordings to investigate the Government's case against him. The recordings are typical Government recordings of purported drug transactions, which means that the audio is not of good quality. Defendant seeks the additional time to prepare transcripts of the recordings for use in motion practice or at trial. While the Court agrees with Defendant's general premise that affording defense counsel additional time to investigate claims and prepare a defense is consistent with the Speedy Trial Act, 18 U.S.C. § 3161, the Court sees no strong reason here for affording additional time. The Government tapes were provided to the defense promptly. Those tapes may or may not be audible or admissible. Nevertheless, it is not necessary to afford additional time merely to transcribe the tapes–a task which is routinely done in a matter of hours.[1]

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant David Lafonzo Broomfield, Jr.'s Motion for Continuance (Dkt. No. 16) is **DENIED**.

DATED in Kalamazoo, MI:
    July 18, 2005

      /s/ Richard Alan Enslen
      RICHARD ALAN ENSLEN
      UNITED STATES DISTRICT JUDGE

---

[1] Defense counsel may wish to consider the possibility of employing a court reporter to prepare an expedited transcript of the recordings.